**No. 09-1568. Jianna Moore, et al., Petitioners v. Lake County Department of Job and Family Services, et al.**

562 U.S. 841, 131 S. Ct. 215, 178 L. Ed. 2d 47, 2010 U.S. LEXIS 5835.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 364 Fed. Appx. 194.

**No. 09-1569. Sylvia Bapte, Individually and as Personal Representative of the Estate of Christiane Bapte, Deceased, et al., Petitioners v. West Caribbean Airways, et al.**

562 U.S. 841, 131 S. Ct. 215, 178 L. Ed. 2d 47, 2010 U.S. LEXIS 5905.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 370 Fed. Appx. 71.

**No. 09-1570. Jorge Filadelfo Robleto-Pastora, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 841, 131 S. Ct. 215, 178 L. Ed. 2d 47, 2010 U.S. LEXIS 5775.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 591 F.3d 1051.

**No. 09-1571. Dale McAlary, et ux., Petitioners v. Oklahoma ex rel. Oklahoma Department of Human Services, et al.**

562 U.S. 841, 131 S. Ct. 216, 178 L. Ed. 2d 47, 2010 U.S. LEXIS 5820.

October 4, 2010. Petition for writ of certiorari to the Court of Civil Appeals of Oklahoma, Second Division, denied.

Same case below, 233 P.3d 399.

**No. 09-1573. Eleanor Capogrosso, Petitioner v. Supreme Court of New Jersey, et al.**

562 U.S. 841, 131 S. Ct. 220, 178 L. Ed. 2d 47, 2010 U.S. LEXIS 6006.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 588 F.3d 180.

**No. 09-1574. Howard Morgan, Petitioner v. Illinois.**

562 U.S. 841, 131 S. Ct. 220, 178 L. Ed. 2d 47, 2010 U.S. LEXIS 5782.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 394 Ill. App. 3d 1103, 369 Ill. Dec. 94, 985 N.E.2d 1080.

**No. 09-1575. Riverview Health Institute LLC, et al., Petitioners v. Medical Mutual of Ohio, et al.**

562 U.S. 841, 131 S. Ct. 220, 178 L. Ed. 2d 47, 2010 U.S. LEXIS 6079.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 601 F.3d 505.